1  Michael F. Scanlon, Esq. (DC Bar #479777)
   Michael.Scanlon@klgates.com
2  **K&L GATES LLP**
   1601 K Street, N.W.
3  Washington, DC  20006
   Telephone:    (202) 778-9000
4  Facsimile:    (202) 778-9100

5  *Attorneys for Plaintiffs*

6

7

8

9              UNITED STATES DISTRICT COURT
                  DISTRICT OF COLUMBIA
10

11  KEITH GUINDON, *et al.*,                    No.

                              Plaintiffs,
12                                              PLAINTIFFS' MOTION FOR THE
        v.                                      ADMISSION *PRO HAC VICE* OF J.
13                                              TIMOTHY HOBBS
    PENNY SUE PRITZKER, *et al.*,
14
                              Defendants.
15

16      Pursuant to LCvR 83.2(d), Plaintiffs move for the admission *pro hac vice* of J.

17  Timothy Hobbs. Michael F. Scanlon, a member of the bar of the District of Columbia and the

18  U.S. District Court for the District of Columbia (Bar No. 4797777), sponsors Mr. Hobbs'

19  request for admission and will act as local counsel. As further set forth in the attached

20  declaration of Mr. Hobbs, the grounds for this motion are as follows:

21      1.  Mr. Hobbs' office address and contact information are as follows:

22          J. Timothy Hobbs
            **K&L Gates LLP**
23          925 Fourth Avenue, Suite 2900
            Seattle, WA  98104
24          Telephone:  (206) 623-7580
            Facsimile:  (206) 623-7022
25          **Tim.Hobbs@klgates.com**

26

PLAINTIFFS' MOTION FOR THE
ADMISSION *PRO HAC VICE* OF
J. TIMOTHY HOBBS - 1

K&L GATES LLP
1601 K STREET, N.W
WASHINGTON, DC 20006
TELEPHONE: (202) 778-9000
FACSIMILE: (202) 778-9100

2. Mr. Hobbs is a member of the bars of the State of Washington, to which he was admitted on June 20, 2010, the Commonwealth of Virginia, to which he was admitted on October 12, 2006, and the District of Columbia, to which he was admitted on September 10, 2007.  Mr. Hobbs has also been admitted to practice before the bars of the United States District Courts for the Western District of Washington and the Eastern District of Virginia, and the United States Courts of Appeals for the 2nd Circuit, 6th Circuit, and 9th Circuit.

3. Mr. Hobbs has not been disciplined by any bar.

4. Mr. Hobbs has not been admitted *pro hac vice* in this Court within the last two years.

5. Mr. Hobbs does not engage in the practice of law from an office located in the District of Columbia.

For these reasons, Plaintiffs respectfully request that this Court admit J. Timothy Hobbs *pro hac vice.*

Respectfully submitted,

By: _____
Michael F. Scanlon (DC Bar # 479777)
Michael.Scanlon@klgates.com
1601 K Street, NW
Washington, DC 20006
Telephone: (202) 661-3764
Facsimile: (202) 778-9100

Counsel for Plaintiffs

PLAINTIFFS' MOTION FOR THE
ADMISSION *PRO HAC VICE* OF
J. TIMOTHY HOBBS - 2

K&L GATES LLP
1601 K STREET, N.W
WASHINGTON, DC 20006
TELEPHONE: (202) 778-9000
FACSIMILE: (202) 778-9100