UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH GUINDON, et al.,

            Plaintiffs,

     v.

PENNY SUE PRITZKER, in her official
capacity as Secretary of the United States
Department of Commerce; NATIONAL
OCEANIC AND ATMOSPHERIC
ADMINISTRATION; and NATIONAL
MARINE FISHERIES SERVICE,

            Defendants.

Civil Action No. 13-cv-00988 (BJR)

ORDER

Before the Court is a Motion for Leave to Participate as Amici Curiae in Support of Plaintiffs by Environmental Defense Fund, William Archer, Andrew Cantrell, Scott Hickman, Gary Jarvis, and Theodore Stephen Tomeny, Jr. (Dkt. #47). The motion was filed on January 10, 2014, over a month after Plaintiffs filed their Motion for Summary Judgment. *See* Dkt. #42.

The motion to participate as amici curiae is untimely. *See* Fed. R. App. P. 29(e) ( "An amicus curiae must file its brief, accompanied by a motion for filing when necessary, no later than 7 days after the principal brief of the party being supported is filed"). Granting the motion would require the Court to extend the briefing schedule, thereby delaying the oral argument scheduled for February 11, 2014. Therefore, the motion is **DENIED.**

**SO ORDERED.**

January 30, 2014

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE